UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: ANGELICO E. FIALHO and JENNY T. FIALHO, Debtors | ) ) ) ) | Chapter 7 Case No. 10-15928 - wch |
| MILLENNIUM bcpbank, N.A., Movant v. ANGELICO E. FIALHO and JENNY T. FIALHO, Debtors-Respondents | ) ) ) ) ) ) ) ) ) ) | |

### ORDER GRANTING MOTION OF MILLENNIUM bcpbank, N.A. FOR RELIEF FROM AUTOMATIC STAY

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that the secured party's, Millennium bcpbank, N.A., its successors and/or assigns, Motion For Relief From the Automatic Stay is hereby granted and that the secured party named herein, its successors and/or assigns, may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by the Debtors Angelico E. Fialho and Jenny T. Fialho to Millennium bcpbank, N.A., dated July 14, 2005 and recorded in the Bristol County Registry of Deeds in Book 7682, Page 198, which covers the premises known and numbered as 202 Orchard Street, New Bedford, Massachusetts 02740, and may exercise its rights under said mortgage, and may bring such actions, including without limitation, summary process proceedings, as are permissible by law, all as set forth in its Motion.

Dated at Boston, in said District this \_\_12\_\_ day of \_\_August\_\_, 2010.

_____
Honorable William C. Hillman
United States Bankruptcy Judge